IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-01026-ZLW-CBS

GALE COOPER,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

    Defendant.

---

**ORDER**

---

This matter is before the Court on the parties' Stipulation Of Dismissal With Prejudice (Doc. No. 13). For the reasons set forth in that Motion, the Court finds that all matters in controversy between the parties have been fully and finally settled and compromised. Accordingly, it is

ORDERED that the parties' Stipulation Of Dismissal With Prejudice (Doc. No. 13; Sep. 18, 2008) is granted and this case is dismissed with prejudice, each party to bear her or its own fees and costs.

DATED at Denver, Colorado, this __19th__ day of September, 2008.

                BY THE COURT:

                _____
                ZITA L. WEINSHIENK, Senior Judge
                United States District Court